UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

CHET WILSON, on behalf of himself and others similarly situated,

    Plaintiff,

v.

NATIONAL GENERAL INSURANCE COMPANY,

    Defendant.

CIVIL ACTION NO. 1:25-CV-719

**DEFENDANT'S MOTION TO EXTEND TIME
TO RESPOND TO PLAINTIFF'S INITIAL WRITTEN DISCOVERY REQUESTS**

Pursuant to Local Rule 6.1(a), Defendant National General Insurance Company moves for a 22-day extension of time to respond to Plaintiff's Initial Written Discovery Requests, through and including February 27, 2026. In support of this motion, National General states as follows:

1. Plaintiff served his Initial Written Discovery Requests ("Requests") on December 5, 2025.

2. Due to the holiday season, Defendant requested and received an initial extension of time to respond to the Requests on December 30, 2025, which extended its deadline to respond to February 5, 2026.

3. Due to competing case deadlines, Defendant needs additional time to respond to the Requests, which include ten interrogatories (most with several subparts) and 21 Requests for Production.

4. Pursuant to Local Rule 6.1(a), on January 23, 2026, Defendant's counsel requested Plaintiff's counsel's consent to this motion, which requests an additional 22 days to respond to the

Requests. Plaintiff's counsel based his consent on conditions that were not amenable to Defendant. Accordingly, Plaintiff does not consent to the relief requested by this motion.

5. This motion is made in good faith and not for the purpose of delay.

WHEREFORE, Defendant National General Insurance Company respectfully requests a 22-day extension of time to respond to Plaintiff's Initial Written Discovery Requests, through and including February 27, 2026.

Dated: January 30, 2026

WINSTON & STRAWN LLP

*/s/ Stephanie L. Turner*
Stephanie L. Turner (SBN 56995)
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Telephone: (704) 350-7720
sturner@winston.com

Angela A. Smedley (*pro hac vice forthcoming*)
300 N. La Salle Dr., Suite 4400
Chicago, IL 60654
Telephone: (312) 558-9889
asmedley@winston.com

*Counsel for Defendant*
*National General Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify on January 30, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will cause notification of the filing to be sent to all parties of record.

Dated: January 30, 2026

*/s/ Stephanie L. Turner*
Stephanie Turner