CHET WILSON, *on behalf of himself and others similarly situated*,

              Plaintiff,

    v.

NATIONAL GENERAL INSURANCE COMPANY,

              Defendant.

Civil Action No. 1:25-cv-719-DAB-JLW

**JOINT MOTION FOR STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER**

Plaintiff Chet Wilson ("Plaintiff") and Defendant National General Insurance Company ("Defendant") (collectively, the "Parties") hereby move the Court to enter the accompanying Stipulated Protective Order. In support of this motion, the Parties stipulate as follows:

1.      Attached hereto as **Exhibit A** is the Parties' Stipulated Protective Order.

2.      Certain documents that may be exchanged in this action contain information deemed by the Parties to be private and confidential, including but not limited to customer account records; customer account records; customer call records; non-public corporate policies and procedures, and non-public internal communications, among other potential categories of protected information (the "Confidential Information").

3.      The Parties need to ensure that the Confidential Information shall not be used for any other purpose than this action and shall not be disseminated in any manner except to the extent necessary for the purposes of prosecution or defense of this action.

4. Good cause exists for the Stipulated Protective Order because disclosure of this Confidential Information would significantly impact the privacy concerns of the Parties, putative class members, and third parties.

WHEREFORE, the Parties hereby request that the Court enter the accompanying Stipulated Protective Order.

Dated: March 25, 2026

Respectfully submitted,

*/s/ Ryan Duffy*
Ryan Duffy
The Law Office of Ryan P. Duffy, PLLC
1213 W. Morehead Street
Suite 500, Unit #450
Charlotte, North Carolina 28208
ryan@ryanpduffy.com
Telephone: (704) 741-9399

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com
*Subject to Notice of Special Appearance*

Counsel for Plaintiff

*/s/ Stephanie L. Turner*
Stephanie L. Turner (SBN 56995)
Winston & Strawn LLP
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Telephone: (704) 350-7720
sturner@winston.com

Angela A. Smedley
(*pro hac vice forthcoming*)
Winston & Strawn LLP
300 N. La Salle Dr., Suite 4400
Chicago, IL 60654
Telephone: (312) 558-9889
asmedley@winston.com

Counsel for Defendant