**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

CHET WILSON, *on behalf of himself and others similarly situated*,

             Plaintiff,

    v.

NATIONAL GENERAL INSURANCE COMPANY,

             Defendant.

Civil Action No. 1:25-cv-719

**<u>NOTICE OF SPECIAL APPEARANCE</u>**

Please take notice that the undersigned Dana J. Oliver hereby enters a notice of special appearance as counsel for Plaintiff Chet Wilson in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Ryan Duffy.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

Dated: April 15, 2026

/s/ Dana J. Oliver
Dana J. Oliver
Oliver Law Center, Inc.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: 855.384.3262
Email: dana@danaoliverlaw.com

*Counsel for Plaintiff*

/s/ Ryan Duffy
Ryan Duffy
The Law Office of Ryan P. Duffy, PLLC
1213 W. Morehead Street
Suit 500, Unit #450
Charlotte, North Carolina 28208
ryan@ryanpduffy.com
Telephone: (704) 741-9399

*Local Civil Rule 83.1(d) Counsel for Plaintiff*