# *UNITED STATES DISTRICT COURT*
## MIDDLE DISTRICT OF NORTH CAROLINA

CHET WILSON  
      v.                                           Case Number: 1:25CV719  
NATIONAL GENERAL INSURANCE COMPANY

## *NOTICE*

**TAKE NOTICE** that a **JURY TRIAL** has been tentatively **SET** in the above-referenced case for the **AUGUST 2, 2027 CALENDAR TERM**.   Said term shall begin on **August 2, 2027** and will continue until all the cases on the calendar have been tried. **Cases will not necessarily be called for jury selection and trial in the order in which they will appear on the calendar.**

| | |
|---|---|
| PLACE: | **Hiram H. Ward Federal Building** |
| | **251 N. Main Street, Winston-Salem, North Carolina** |
| | **Courtroom No. 4** |
| DATE & TIME: | **August 2, 2027 at 9:30 a.m.** |
| PROCEEDING: | **Jury Trial** |

**\*Counsel will be notified of a date certain for trial closer to the start of the term**.

A settlement conference in the above-referenced case will be set for a date at least two weeks before the commencement of the calendar term. Counsel are directed to bring their clients and a representative from the corporations to the settlement conference.

The parties shall comply in all respects with Fed. R. Civ. P. 26(a)(3) regarding final pretrial disclosure, including the time requirements set out therein. **Unless the court orders otherwise, pretrial disclosures must be made no later than July 2, 2027. Motions in limine must be filed no later than July 9, 2027.   Any objections to pretrial disclosures and responses to motions in limine must be served and promptly filed no later than July 16, 2027.**

**Each party shall file a trial brief on the issues no later than July 12, 2027.** The trial brief shall be accompanied by proposed jury instructions. Prior to submitting trial briefs, the parties shall meet and confer to endeavor to file one set of agreed upon jury instructions to the extent practicable. Where there is disagreement, competing jury instructions shall be included with the trial brief required above. An electronic Word version of the agreed-upon and any disputed jury instructions shall be emailed to the assigned judge's ECF mailbox.

---

Lawrence H. Cunningham, Clerk

By:    /s/ Debbie Blay, Deputy Clerk  
Date:  June 17, 2026

TO:    ALL COUNSEL AND/OR PARTIES OF RECORD