**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**Civil Case No. 1:25-CV-719**

| | |
|---|---|
| CHET WILSON, on behalf of himself and others similarly situated, | : |
| | : |
| | : |
| Plaintiff, | : |
| | : |
| | : |
| v. | : |
| | : |
| NATIONAL GENERAL INSURANCE COMPANY | : |
| | : |
| | : |
| Defendant. | : |

---

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P.

41(a)(1) with each party to bear its own costs and fees.


Dated: July 15, 2026

*s/ Anthony I. Paronich*
Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

/s/ *Ryan Duffy*
Ryan Duffy
The Law Office of Ryan P. Duffy, PLLC
1213 W. Morehead Street
Suit 500, Unit #450
Charlotte, North Carolina 28208
ryan@ryanpduffy.com
Telephone: (704) 741-9399
*Local Rule 83.1 Counsel*


WINSTON TAYLOR

By: */s/ Stephanie L. Turner*
Stephanie L. Turner (NC Bar No.: 56995)
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Phone: 704.350.7700
Email: stephanie.turner@winstontyalor.com